UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7620**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROWAN G. PINKETT,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-95-487-A, CA-96-1386-AM)

---

Submitted: March 18, 1997          Decided: April 22, 1997

---

Before WILKINS, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Rowan G. Pinkett, Appellant Pro Se. Robert Clifford Chesnut, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), <u>amended by</u> Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Pinkett</u>, Nos. CR-95-487-A; CA-96-1386-AM (E.D. Va. Oct. 3, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Although not expressly addressed by the district judge, Appellant's claim that he was misadvised by counsel as to the maximum possible sentence is belied by the plea agreement.